UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JORNAY RECHURND RODRIGUEZ,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**COURT OF APPEAL, et al.,** )<br>)<br>Respondents. )<br>_____ ) | Case No. CV 13-3862 GW (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de</u> <u>novo</u> determination of the portions to which objections were directed.

DATED: October 10, 2013

_[signature: George H. Wu]_
_____
George H. Wu
United States District Judge