UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORNAY RECHURND RODRIGUEZ,     ) | Case No. CV 13-3862 GW (AJW) |
|             ) | |
|       Petitioner,    ) | |
|             ) | |
|    v.       ) | JUDGMENT |
|             ) | |
| COURT OF APPEAL (LOS ANGELES   ) | |
| COUNTY), et al.,      ) | |
|             ) | |
|       Respondents.    ) | |

    It is hereby adjudged that (a) petitioner's petition for a writ of mandate and his challenge to his state conviction and sentence are dismissed for lack of jurisdiction, and (b) petitioner's challenge to the procedure utilized by the California Court of Appeal on direct appeal is dismissed without prejudice.

Dated: October 10, 2013

                                                                   _____
                                                                   George H. Wu
                                                                   United States District Judge